UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew Mendes
        Plaintiff

                                                      CIVIL ACTION

V.

                                                      NO. 11-cv-10695-RBC

Enhanced Recovery Company, LLC
        Defendant

ORDER OF DISMISSAL

COLLINGS, USMJ

      For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                             By the Court,

                                                             /s/ Noreen A. Russo

October 3, 2011.                                              Deputy Clerk